■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN CATALDO, on Behalf of ANDREW SIMS, Appellant, v WARDEN OF RIKERS ISLAND, Respondent.—Appeal from judgment, Supreme Court, New York County (George Roberts, J.), entered on or about February 19, 1988, unanimously dismissed as moot, without costs and without disbursements. Were we to reach the merits, we would affirm. No opinion. Concur—Murphy, P. J., Carro, Asch, Milonas and Smith, JJ.